**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JORGE RAY CORONA,

    Plaintiff,

v.                                        CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER GRANTING DEFENDANTS' MOTION
## TO EXTEND TIME TO FILE JOINT STATUS REPORT

**THIS MATTER** is before the Court on *Defendants' Motion to Extend Time to File Joint Status Report*, (Doc. 9), filed September 26, 2017. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Motion to Extend Time to File Joint Status Report*, (Doc. 9), is **GRANTED**, and the parties' deadline to file their Joint Status Report is extended to **September 29, 2017**.

    **IT IS SO ORDERED**.

                                                    THE HONORABLE CARMEN E. GARZA
                                                    UNITED STATES MAGISTRATE JUDGE