**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

JORGE RAY CORONA,

    Plaintiff,

v.                                                  CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

**THIS MATTER** came before the Court on a Rule 16 scheduling conference. Following a review of the parties' *Joint Status Report and Provisional Discovery Plan*, (Doc. 12), filed September 29, 2017. The Court adopts the *Joint Status Report and Provisional Discovery Plan* as modified by the dates designated in the Court's *Scheduling Order*, (Doc. 17), filed October 3, 2017.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE