## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                            CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

    Defendants.

### ORDER ALLOWING WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**THIS MATTER** is before the Court on Defendants City of Clovis, Officer Brent Aguilar, and Officer Travis Loomis's *Motion for Withdrawal and Substitution of Counsel*, (Doc. 29), filed March 7, 2018. The Court, having considered the Motion, noting it is unopposed, and being otherwise fully advised, finds that the Motion is well taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Miller Stratvert P.A. is permitted to withdraw as counsel for Defendants City of Clovis, Officer Brent Aguilar, and Officer Travis Loomis, and Jarmie & Associates (Cody R. Rogers) shall be substituted as attorney of record for said Defendants. All inquiries, correspondence, and pleadings in the above-captioned matter should be directed to:

    Cody R. Rogers
    Jarmie & Associates
    P.O. Box 344
    500 North Church Street
    Las Cruces, NM 88004
    (575) 526-3338
    crogers@jarmielaw.com

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE