IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                                    CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on *Defendants' Motion to Extend Pretrial Deadlines*, (Doc. 32), filed March 30, 2018. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Motion to Extend Pretrial Deadlines*, (Doc. 32), is **GRANTED**, the parties' deadlines are extended as follows:

1. The termination date for discovery is **May 4, 2018**.
2. Motions relating to discovery shall be filed by **May 24, 2018.**
3. Pretrial motions, other than those relating to discovery, shall be filed by **June 4, 2018.**

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **July 2, 2018**; Defendants to the Court on or before **July 16, 2018**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE