# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

      Plaintiff,

v.                                                           CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

      Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on *Defendants' Second Motion to Extend Pretrial Deadlines*, (Doc. 38), filed May 21, 2018. The Court, having considered the Motion and noting it is unopposed, finds that the motion is well taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendants' Second Motion to Extend Pretrial Deadlines*, (Doc. 38), is **GRANTED**, the parties' deadlines are extended as follows:

1. The termination date for discovery is **July 3, 2018**.
2. Motions relating to discovery shall be filed by **July 23, 2018.**
3. Pretrial motions, other than those relating to discovery, shall be filed by **August 3, 2018.**

Counsel are directed to file a consolidated final Pretrial Order as follows: Plaintiffs to Defendants on or before **August 31, 2018**; Defendants to the Court on or before **September 4, 2018**.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE