STATE OF NEW MEXICO )
)
COUNTY OF CURRY )

## AFFIDAVIT

**COMES NOW** Officer Brent Aguilar and being sworn upon his oath states as follows:

1.     My name is Brent Aguilar.  I am over the age of 18 and have never been convicted of a felony.  I am competent to testify to the statements set forth in this affidavit and make such statement upon my personal knowledge.

2.     On August 3, 2014, I was employed by the City of Clovis as a Police Officer.

3.     At approximately 2:15 a.m. that morning, while travelling in my patrol unit, I observed a vehicle speeding through a red light within the Clovis city limits.

4.     I pursued this vehicle, activating my vehicle lights in the process.

5.     Once the vehicle stopped, I approached the driver's side of the vehicle and asked the driver to roll down the rear left passenger window. I did so because it was dark and the vehicle's windows were tinted. I wanted to see if there were any other passengers in the vehicle, or if there were any weapons in the immediate reach of anyone in the vehicle.

6.     While the driver of the vehicle, Teshia Lujan, looked for her license, registration, and insurance information, the passenger in the driver's side rear seat continually asked me why I had stopped the vehicle. This was interfering with my ability to interact with the driver of the vehicle and to investigate the traffic stop as it was dividing my attention from the driver.

FURTHER AFFIANT SAYETH NOT

Officer Brent Aguilar



EXHIBIT
A

SUBSCRIBED, SWORN and ACKNOWLEDGED before me this _31_ day of _July_,
2018 by Officer Brent Aguilar who is personally known to me.

_Rodney Dam Roah_
Notary Public

My commission expires:

_5-26-2019_

OFFICIAL SEAL
RODNEY D. ROACH
NOTARY PUBLIC - STATE OF NEW MEXICO
My commission expires: _05/26/2019_

2