STATE OF NEW MEXICO
COUNTY OF CURRY
CITY OF CLOVIS
MAGISTRATE COURT

FILED IN
AUG 0 4 2014
CURRY COUNTY
MAGISTRATE COURT

Incident #14-04590

No. M-12-MR-2014-00629

v.

Corona, Jorge, Defendant.
DOB:
SOC:

# CRIMINAL COMPLAINT

CRIME: <u>Resisting, Evading a Peace Officer (Misdemeanor), Concealing Identity (Misdemeanor)</u>
(*common name of offense or offenses*)

The undersigned, under penalty of perjury, complains and says that on or about the 3rd day of August, 2014, in the State of New Mexico, County of Curry, City of Clovis, the above-named defendant(s) did:

On Sunday August 3rd, 2014 at approximately 0215 hrs. I pulled over a vehicle and suspected the driver was D.W.I. While I was speaking to the driver of the vehicle a male subject in the rear driver side passenger seat, who I later identified as Jorge Corona made contact with me. I tried focusing my attention on the driver as she was moving about the interior of the vehcile looking for her license. I did not know what was in the vehicle and I did not know if there was anything in the driver's immediate reach which she could use as a weapon against me.
As I waited for the driver to provide me with the information I requested Cornona continuously interjected into my traffic stop investigation asking me why I pulled the vehicle over. I told Corona I was not speaking with him but he insisted I tell him why I pulled the vehicle over dividing my attention from the driver. I asked Corona if he had identification and he ignored my question continuing to ask why I pulled the vehicle over. I told Corona three times to provide me with his identification after I asked him the first time and he refused to give me his identification. The third time I told Corona to provide me with identification I told him if he didn't provide his identification i was going to place him under arrest for concealing identification. Corona refused to provide his identification and continued to aske me why I pulled the vehicle over.
I told Corona to step out of the vehicle as an additional officer arrived on scene. Corona stepped out of the vehicle and I told him to face the vehicle and place his hands behind his back. I took control of Corona's hands and as I started to apply handcuffs to his wrists I noticed Corona started leaning back into me.
I recognized this as an officer safety issue because I know a subject can shift their weight during



EXHIBIT D

CLOVIS 000015

the handcuffing procedure placing the handcuffing officer off balance. I quickly applied the handcuffs to Corona's wrists and started escorting him to a patrol vehicle. I informed the additional officer on scene Corona was under arrest for concealing identification and Corona became upset and verbally abusive to me. As I walked with Corona I held him in an escort position with my right hand of his left knuckles and my left hand on his left forearm. As I tried walking with Corona he started to pull away from me and I could feel Corona's muscle in his left forearm tighten everytime he pulled away. Based on my training and experience in officer safety and officer survival this is another clue officers are trained to recognize.

I told Corona to stop three times as he tried pulling away from me. I re-adjusted the grip of my left hand from Corona's forearm to his left bicep just above his elbow. As I neared the front of my patrol vehicle Corona tried pulling away from me to his right again as we were walking. Based on Corona's demeanor as well as him pulling away duirng transport, I felt Corona was trying to take the opportunity to turn around on me which would place him dangerously close to me. To prevent Corona from head butting me, spitting on me, or manipulating my hold on him I took him to the ground isolating him on his stomach. While on the ground I was able to check Corona for weapons before standing him back to his feet. I informed Corona he was under arrest for resisting, evading a peace officer as well as concealing identification and secured him in a ptrol vehicle.
*(here state the essential facts)*
Contrary to Sections(s) 30-22-1, 30-22-3  [NMSA1978]

**I SWEAR OR AFFIRM UNDER PENALTY OF PERJURY THAT THE FACTS SET FORTH ABOVE ARE TRUE TO THE BEST OF MY INFORMATION AND BELIEF. I UNDERSTAND THAT IT IS A CRIMINAL OFFENSE SUBJECT TO THE PENALTY OF IMPRISONMENT TO MAKE A FALSE STATEMENT IN A CRIMINAL COMPLAINT.**

Complainant

B. AGUILAR MPO #106
Title *(if any)*

Approved:

Title

**If Probable Cause Determination Required:**

[X]   Probable Cause Found

[ ]   Probable Cause Not Found, and Defendant Released from Custody

CLOVIS 000016

Judge: _[signature]_

Date: 8/4/14

Time: 3:40 PM

[As amended, effective September 1, 1990; April 1, 1991; November 1, 1991; as amended by Supreme Court Order No.13-8300-020, effective for all cases pending or filed on or after December 31, 2013.]

CLOVIS 000017