IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                    CV No. 17-805 MCA/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER SETTING EXPEDITED BRIEFING

**THIS MATTER** is before the Court on Defendants' *Expedited Motion to Stay Proceedings and to Vacate Settlement Conference*, (Doc. 44), filed August 3, 2018. **IT IS HEREBY ORDERED** that the parties shall submit expedited briefing on the motion as follows:

    1.    Plaintiff shall file a response to the motion no later than **5:00 p.m. on Tuesday, August 7, 2018**; and

    2.    Defendants may file a reply to the motion no later than **5:00 p.m. on Thursday, August 9, 2018**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE