IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.   No. 17-CV-00805-MCA-CG

CITY OF CLOVIS, CLOVIS POLICE
DEPARTMENT, OFFICER BRENT AGUILAR,
AND OFFICER TRAVIS LOOMIS, IN THEIR
PERSONAL AND OFFICIAL CAPACITIES,

    Defendants.

## **DEFENDANTS' NOTICE OF COMPLETION OF BRIEFING**

Defendants, by and through their counsel of record, Jarmie & Associates, hereby give notice that briefing is complete on their Motion to File Exhibit B and C to Motion for Summary Judgment Under Seal (Doc 42), filed August 3, 2018. The time for Plaintiff to respond has expired and the Motion is ready for decision.

    Respectfully submitted,

*/s/ Cody R. Rogers*
Cody R. Rogers
*Attorneys for Defendants*
P.O. Box 344
Las Cruces, NM 88004
(575) 526-3338
crogers@jarmielaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2018, I filed the foregoing through this Court's CM/ECF filing system, causing a true and correct copy of the same to be served electronically upon all counsel of record as more fully reflected in the Notice of Electronic Filing.

 */s/ Cody R. Rogers*
Cody R. Rogers