IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

      Plaintiff,

v.                                  No. 17-CV-00805-MCA-CG

CITY OF CLOVIS, CLOVIS POLICE
DEPARTMENT, OFFICER BRENT
AGUILAR, AND OFFICER TRAVIS
LOOMIS, IN THEIR PERSONAL AND
OFFICIAL CAPACITIES,

      Defendants.

## ORDER GRANTING MOTION TO FILE EXHIBIT B AND C TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT UNDER SEAL

THIS MATTER comes before the Court on Defendants' Motion to File Exhibit B and C to Motion for Summary Judgment Under Seal. *Doc 42.* The Court, having reviewed the Motion and being otherwise fully advised, finds the Motion to be well-taken and hereby GRANTS it.

It is therefore ORDERED that Exhibit B and Exhibit C to Defendants' Motion for Summary Judgment (*doc 41*), shall be filed under seal.

                                          _____  8/21/2018
                                          M. CHRISTINA ARMIJO
                                          United States District Judge

Submitted:

*/s/ Cody R. Rogers*
Cody R. Rogers
***Attorneys for Defendants***
P.O. Box 344
Las Cruces, NM 88004
(575) 526-3338
crogers@jarmielaw.com