# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                          CV No. 17-805 JCH/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Attorney Mark D. Standridge's *Motion to Withdraw as Co-Counsel for Defendants*, (Doc. 67), filed November 15, 2018. Mr. Standridge states that his co-counsel, Cody R. Rogers, will remain as counsel of record for Defendants. The Court, having read the motion, noting that it is unopposed, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mark D. Standridge is terminated as counsel of record for Defendants in this matter.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE