# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                                             CV No. 17-805 JCH/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER DENYING MOTION TO EXTEND TIME TO RESPOND

**THIS MATTER** is before the Court on Plaintiff Jorge Corona's *Motion for Extension of Time to File Response to Notice of Supplemental Authority* ("Motion to Extend"), (Doc. 77), filed July 10, 2019. In his Motion to Extend, Mr. Corona asks the Court for an extension of time to file his response to Defendants' *Notice of Supplemental Authority*, (Doc. 74), filed June 28, 2019. (Doc. 77 at 1). Mr. Corona explains that "[d]ue to the expiration of the ordered time which Plaintiff had to file a Response, Plaintiff did not attempt to obtain approval from Defendants' counsel." *Id.* at 2.

Mr. Corona's failure to seek concurrence from opposing counsel is a violation of Local Rule 7.1. D.N.M. LR-CIV 7.1(a) ("Movant must determine whether a motion is opposed, and a motion that omits recitation of a good-faith request for concurrence may be summarily denied."). As such, Mr. Corona's *Motion for Extension of Time to File Response to Notice of Supplemental Authority*, (Doc. 77), is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 7.1(a).

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE