# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

JORGE RAY CORONA,

    Plaintiff,

v.                                      CV No. 17-805 JCH/CG

CITY OF CLOVIS, et al.,

    Defendants.

## ORDER GRANTING MOTION TO CONTINUE PARTIAL STAY OF PROCEEDINGS PENDING RESOLUTION OF QUALIFIED IMMUNITY APPEAL

**THIS MATTER** is before the Court on Defendants' *Motion to Continue Partial Stay of Proceedings Pending Resolution of Qualified Immunity Appeal* (the "Motion"), (Doc. 90), filed September 11, 2019. Plaintiff Jorge Ray Corona did not file a Response to the Motion and the time for doing so has now passed. *See* D.N.M.LR-CIV 7.4(a) ("A response must be served and filed within fourteen (14) calendar days after service of the motion."). In accordance with the local rules, Plaintiff's failure to respond in opposition to Defendants' Motion is viewed as consent for the Court to grant the Motion. *See* D.N.M.LR-CIV 7.1(b) ("The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant a motion.").

**IT IS THEREFORE ORDERED** that Defendants' *Motion to Continue Partial Stay of Proceedings Pending Resolution of Qualified Immunity Appeal*, (Doc. 90), shall be **GRANTED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE