# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Carmen E. Garza**
**Chief United States Magistrate Judge**

**Clerk's Minutes**

**Corona v. City of Clovis, et al.**

**CV 17-805 JCH/CG**

**September 4, 2020**

---

| | |
|---|---|
| Attorneys and Representatives for Plaintiff: | Daniel R. Lindsey<br>Jorge Ray Corona |
| Attorneys and Representatives for Defendants: | Cody R. Rogers<br>LeighAnn Melancon<br>Bryan Jones<br>Virginia King |

Proceedings:     Settlement Conference

The parties participated in a Zoom Settlement Conference, at which time the parties asked the Court to reset for more time to clarify issues. The Court instructed the parties to confer, and to send the Court proposed dates to reset the settlement conference. The Court will reset the settlement conference upon receipt of the parties' proposed dates.

Clerk:   crc
         9:00am – 10:55am