IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JORGE RAY CORONA,**

    Plaintiff,

vs.                    No. 17-CV-00805 JCH-CG

**CITY OF CLOVIS, et al.,**

    Defendants.

### RULE 41(a)(1)(A)(ii) STIPULATION OF DIMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS BRENT AGUILAR AND TRAVIS LOOMIS

Plaintiff Jorge Ray Corona, by and through his counsel of record, Lindsey Law Firm, LLC (Daniel R. Lindsey), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulates to the dismissal with prejudice of any and all claims which plaintiff brought or could have brought in the above-captioned action against Defendants Brent Aguilar and Travis Loomis.

                Respectfully submitted,

                LINDSEY LAW FIRM, LLC

                *Approved via e-mail 11/20/2020*
                Daniel R. Lindsey
                920 Mitchell Street
                Clovis, NM 88101
                Telephone: (575) 763-8900
                danlindsey@suddenlink.net
                ***Attorneys for Plaintiff***

AND

                JARMIE & ROGERS, P.C.

                */s/ Cody R. Rogers*
                Cody R. Rogers
                2540 El Paseo Road, Suite D
                Las Cruces, NM 88001
                Telephone: (575) 288-1453
                crogers@jarmielaw.com
                ***Attorneys for Defendants***